UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:05-CR-70 |
| | ) | NO. 2:05-CR-75 |
| MICHAEL VASSAR | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the appeals of the defendant filed in regard to the Magistrate Judge's order dated January 6, 2006. [Doc. 122 in NO. 2:05-CR-70 and Doc. 124 in NO. 2:05-CR-75]. The defendant has appealed the following paragraphs in the Magistrate Judge's order.

2. Motions for Enlargement of Time to File a Fed.R.Crim.P. Rule 13 Motion for Joinder for Trial with Indictment (Doc. 39)in case No: 2:05-CR-75 and Doc. 34 in case No. 2:05-CR-70).

4. Motions that All Government Agencies Disclose Information

and Provide Materials in Their Possession to the Prosecuting Attorney in this Case (Doc. 43 in case No. 2:05-CR-75 , Doc.36 in case No. 2:05-CR-70).

     5. Motions to Compel Fed.R.Crim.P. Rule 16 Discovery (Doc. 48 in case No. 2:05-CR-75 , Doc. 37 in case No. 2:05-CR-70).

     6. Motions for Notice Pursuant to Fed.R.Crim.P. Rule 12(b)(4)(B) (Doc. 40 in case No. 2:05-CR-75; Doc. 38 in case No. 2:05-CR-70).

     9. Motions for Disclosure of Specific Brady-Kyles Evidence; for Disclosure Sixty Days Prior to Trial; or for a Continuance After Being Provided Brady-Kyles Material (Doc. 56 in case No. 2:05-CR-75; Doc. 41 in case No. 2:05-CR-70).

     10. Motion for Discovery of Fed.R.Crim.P. Rule 16(a)(1)(E), F.R.E. Rule 406 Evidence of Habits and Practices of the Government (Doc. 49 in case No. 2:05-CR-75).

     11. Motion for Availability of Privileged Materials for the Court to Conduct a *Pennsylvania v. Ritchie* Review (Doc. 66 in case No. 2:05-CR-75).

In regard to each of the foregoing, the Court **FINDS** that the Magistrate Judge's order is not clearly erroneous, an abuse of discretion, or contrary to law.  Accordingly, it is hereby **ORDERED** that the Magistrate Judge's order is **ADOPTED** and **AFFIRMED.**  Therefore, it is hereby **ORDERED** that

the defendant's appeals are **OVERRULED**. [Docs. 157 and 160 in NO. 2:05-CR-70 and Docs. 155 and 158 in NO. 2:05-CR-75].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE