UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:05-CR-75 |
| | ) | |
| MICHAEL VASSAR | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated January 6, 2006, which addresses the defendant's Motion to Suppress his statement made on April 18, 2002, [Doc. 122], and the Report and Recommendation of the United States Magistrate Judge dated January 6, 2006, which addresses the defendant's Motion to Suppress Evidence which was seized on April 18, 2002. [Doc. 121]. The defendant has filed objections to these reports.

On January 13, 2006, the government filed a bill of particulars which indicates that the events which occurred on April 18, 2002, are not part of the conspiracy alleged in this case. [Doc. 137]. Accordingly, the Court

**FINDS** that the defendant's statement on April 18, 2002, and the evidence seized on April 18, 2002 are not relevant or admissible in this case. Therefore, it is hereby **ORDERED** that the defendant's motions to suppress are **DENIED** as **MOOT**. [Docs. 41 and 42].

        ENTER:

                                  s/J. RONNIE GREER
                             UNITED STATES DISTRICT JUDGE