UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:05-CR-75 |
| | ) | |
| MICHAEL VASSAR | ) | |

**O R D E R**

On February 12, 2006, this Court entered an order setting deadlines in this case. [Doc. 237]. Specifically this Court ordered as follows:

    5. In regard to the trial of Count 1 in NO. 2:05-CR-70 and the trial of NO. 2:05-CR-75, the following deadlines are set:

    a. On or before 5:00 P.M. on Tuesday, February 21, 2006, the government must be in full compliance with Rule 16 to the government shall file with the Court a certificate of good faith compliance with that rule. If discovery of any document or exhibit is questioned, which would include any type of privilege such as a work product, the government should also file those documents ex parte on February 21, 2006, for the Court's in camera review.

    b. On or before 5:00 P.M. on Tuesday, February 28,

1

2006, the defendant should file a motion setting out any other documents that he believes are subject to discovery setting out what those documents are and why he is entitled to those documents.

c. On or before 5:00 P.M. on Tuesday, February 28, 2006, the defendant shall filed any Daubert motion.

<u>Other than these two motions which are due on February 28, 2006, and any presently pending motions, no other motions may be filed without leave of the Court and good cause shown. Any motions filed without leave of the Court will be summarily denied.</u>

In direct violation of this order, the defendant, Michael Vassar, has now filed six new motions which will all be summarily denied pursuant to the Court's order dated February 13, 2006. Accordingly, it is hereby **ORDERED**:

1. That the defendant's motion for related relief in regard to the government's notice of compliance with discovery is **DENIED**. [Doc. 249].

2. That the defendant's motion for extension of time to file other motions to be consistent with the motion deadline of March 31, 2006, set for Michael Gunter is **DENIED**. [Doc. 250].

3. That the defendant's motion for notice pursuant to F.R.Cr.P. 12(b)(4)(B) is **DENIED**. [Doc. 251].

4. That the defendant's motion for a bill of particulars is **DENIED**.

[Doc. 252].

      5. That the defendant's motion for a severance is **DENIED**. [Doc. 253].

      6. That the defendant's motion to renew and for a hearing in regard to F.R.Cr. P. 17(c) subpoenas is **DENIED**. [Doc. 254].


      ENTER:

                                             s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE