UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:05-CR-75 |
| | ) | |
| MICHAEL CARL VASSAR | ) | |

## **O R D E R**

This matter is before the Court on "Defendant Vassar's Motion To Correct Judgment" pursuant to Fed. R. Crim. P. 35. [Doc. 730]. Through this motion, filed by Herbert S. Moncier, who represents himself to be the attorney for the defendant, Vassar seeks to have certain changes made in the judgment entered in this case on February 28, 2007. For the reasons which follow, the motion will be DENIED.

Initially, this Court would note that Mr. Moncier's oral motion to withdraw as counsel for the defendant was granted by this Court on February 12, 2007 and he no longer has legal authority to file motions on behalf of Mr. Vassar. Notwithstanding this lack of authority, the judgment and the pleadings in the case correctly reflect the jury's verdict in the case and the "correction" sought by Mr. Moncier is unnecessary.

For these reasons, the motion is **DENIED**.

**SO ORDERED**.

ENTER:

                                               s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE